**LAW OFFICE OF ROBERT OSUNA, PC**
11 PARK PLACE, SUITE 1100
NEW YORK, NEW YORK 10007
212-233-1033 TELEPHONE
646-201-4495 FACSIMILE
ROBERTOSUNA.COM



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/19
```

VIA ECF

November 22, 2019

Hon. Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   United States v. Adalberto Velasquez, 19 Cr 116 (KMW)
       Request for enlargement of time to file Sentencing Memorandum

Dear Judge Wood,

My office represents Mr. Velasquez in his pending sentence before Your Honor. His sentencing date is December 6, 2019. As per Your Honor's Individual Rules of Practice my Sentencing Memorandum is due today. I am asking to file it Monday, November 25, 2019. No prior request has been made for this relief.

} Granted
KMW

Thank you.

Sincerely,

Law Office of Robert Osuna, PC
By:   Robert Osuna, Esq.

SO ORDERED:  N.Y., N.Y.  11/25/19

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.