UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against

ADALBERTO VELAZQUEZ,

                    Defendant.
-------------------------------------------------------------------x



**ORDER**

19 CR 116 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing currently scheduled for Friday, December 6, 2019, is adjourned to Thursday, December 12, 2019, at 11:30 a.m.

SO ORDERED.

Dated: New York, New York
       December 3, 2019

                                                _____
                                                   KIMBA M. WOOD
                                           UNITED STATES DISTRICT JUDGE