UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ADALBERTO VELAZQUEZ,

Defendant.

----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __
DATE FILED: 12/17/19

19-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Due to a conflict with the Court's calendar, the sentencing currently scheduled for Thursday, December 19, 2019, at 11:00 a.m., is adjourned to Thursday, December 19, 2019, at 3:30 p.m.

SO ORDERED.

Dated: New York, New York
December 17, 2019

*Kimba M. Wood*
KIMBA M. WOOD
United States District Judge