**LAW OFFICE OF ROBERT OSUNA, PC**
**11 PARK PLACE, SUITE 1100**
**NEW YORK, NEW YORK 10007**
**212-233-1033 TELEPHONE**
**646-201-4495 FACSIMILE**
**ROBERTOSUNA.COM**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/19

VIA ECF

December 17, 2019

Hon. Kimba Wood
Senior United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:        *United States v. Adalberto Velasquez, 19 Cr 116 (KMW)*

Dear Judge Wood,

My office represents the above named defendant in his sentencing matter which is presently scheduled for December 19, 2019 at 3:30 pm. I have a conflict with another matter and cannot appear at that time. I called AUSAs Krause and Hobson for a new date convenient to the Government. I learned that Mr. Krause is on trial and I believe Mr. Hobson may be as well.

I am available Friday December 20, 2019 at any time, Monday December 23 in the afternoon, Friday January 3 at any time, Monday January 6 in the afternoon, January 9 at any time, or January 10 after 3 pm.

If and when I hear from the Government I will fill an updated letter.

I thank the Court for its consideration in this matter.

Sincerely,

Law Office of Robert Osuna, PC
By: Robert Osuna, Esq.

*Sentencing is adjourned to Thursday, January 16, 2020, at 12:00 p.m.*

SO ORDERED: N.Y., N.Y. 12-18-19

KIMBA M. WOOD
U.S.D.J.