UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

ADALBERTO VELAZQUEZ,

Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 116 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing currently scheduled for Thursday, January 16, 2020, is adjourned to January 23, 2020, at 2:30 p.m.

SO ORDERED.

Dated: New York, New York
January 7, 2020

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE