UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ADALBERTO VELAZQUEZ,

                     Defendant.
-----------------------------------------------------------X

19-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Due to a conflict in the Court's schedule, the sentencing currently scheduled for February 13, 2020 is adjourned to February 18, 2020, at 2:30 p.m.

SO ORDERED.

Dated: New York, New York
       February 12, 2020

                                      KIMBA M. WOOD
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/20