USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

ADALBERTO VELAZQUEZ,

                       Defendant.
-----------------------------------------------------------X

19-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

       The sentencing scheduled for February 18, 2020 is adjourned to March 5, 2020 at 2:00 p.m.

       SO ORDERED.

Dated: New York, New York
        February___, 2020

                                             KIMBA M. WOOD
                                           United States District Judge