# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/20

April 21, 2020

**By ECF**
Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   *Re:*  **United States v. Joel Lopez, et al.**
      **19 Cr. 116 (KMW)**

Dear Judge Wood:

  On consent, the parties respectfully request an adjournment of the sentence hearing in this matter currently scheduled for June 19, 2020, until the week of August 24, 2020, to a date and time convenient to the Court.

  This request is based on the need for the parties to confer on matters relevant to the sentence.

*Sentencing will be held on September 2, 2020, at 11:00 a.m. Defendant's submission is due by August 19, 2020. Government's submission is due by August 26, 2020.*

Very truly yours,

*James Roth*

James Roth, Esq.

cc: AUSA Adam Hobson
   AUSA Michael Krouse
   USPO Jefferies

_____ 4/22/20
Kimba M. Wood
SO ORDERED