UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-

ADALBERTO VELAZQUEZ,

                    Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 116 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/21

KIMBA M. WOOD, District Judge:

Having received defendant's Financial Affidavit of March 2, 2021, the Court grants defendant's January 28, 2021, request that CJA counsel be appointed to assist him in preparing a motion for compassionate release.

The Court appoints CJA attorney on duty today, Scott Tulman, to represent the defendant.

SO ORDERED.

Dated: New York, New York
       March 15, 2021

                                                      _Kimba M. Wood_
                                                      KIMBA M. WOOD
                                            UNITED STATES DISTRICT JUDGE