UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

ADALBERTO VELAZQUEZ,

                    Defendant.

--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/17/21_____

19-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On March 16, 2021, CJA counsel was appointed to assist Defendant in preparing a motion for compassionate release. (ECF No. 301.) By May 28, 2021, counsel shall file a letter updating the Court as to the status of that motion.

SO ORDERED.

Dated: New York, New York
       May 17, 2021

                                        */s/ Kimba M. Wood*
                                         KIMBA M. WOOD
                                  United States District Judge