UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

ADALBERTO VELAZQUEZ,

    Defendant.

-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/25/22
```

19-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On October 22, 2021, defense counsel updated the Court on Mr. Velazquez's contemplated motion for compassionate release. (ECF No. 344.) Defense counsel explained that Mr. Velazquez was still pursuing administrative remedies. (*Id.*)

By September 9, 2022, defense counsel shall file a letter updating the Court as to the status of Mr. Velazquez's motion.

    SO ORDERED.

Dated: New York, New York
       August 25, 2022

                                               */s/ Kimba M. Wood*
                                               KIMBA M. WOOD
                                        United States District Judge