```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   2/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

ADALBERTO VELAZQUEZ,

    Defendant.

--------------------------------------------------------X

19-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    On March 15, 2021, the Court appointed Scott Tulman to assist Mr. Velazquez with his motion for compassionate release. After a year passed, with no motion having been filed, the Court ordered Mr. Tulman to give the Court a status report. (ECF No. 301.) On October 22, 2022, Mr. Tulman reported that he was having difficulty contacting defendant, and did not yet have the information necessary to making the motion; he stated that a motion would likely be filed in late November or early December 2022. (ECF No. 373.) Mr. Velazquez's motion has yet to be filed. By March 7, 2023, defense counsel shall file a letter updating the Court as to the status of Mr. Velazquez's motion.

    SO ORDERED.

Dated: New York, New York
       February 22, 2023

                                      */s/ Kimba M. Wood*
                                  KIMBA M. WOOD
                          United States District Judge