| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>--------------------------------------------------------X<br>UNITED STATES OF AMERICA,<br><br>    -against-<br><br>ADALBERTO VELAZQUEZ,<br><br>    Defendant.<br>--------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: __May 9, 2023__ |

19-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On March 15, 2021, the Court appointed Scott Tulman to assist Mr. Velazquez with his motion for compassionate release. On February 22, 2023, the Court order Mr. Tulman to file a letter updating the Court as to the status of Mr. Velazquez's motion. (ECF No. 382.) On March 7, 2023, Mr. Tulman reported that he was having difficulty contacting Mr. Velazquez, and that he intended to contact the staff at FCI Danbury to arrange a conference with Mr. Velazquez. (ECF No. 383.) By May 22, 2023, Mr. Tulman shall file a letter updating the Court as to the status of Mr. Velazquez's motion.

    SO ORDERED.

Dated: New York, New York
       May 9, 2023

                                                       */s/ Kimba M. Wood*
                                                        KIMBA M. WOOD
                                          United States District Judge