USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/2023

LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 10169
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

June 2, 2023

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

**MEMO ENDORSEMENT**

Re:   United States v. Adalberto Velazquez,
      19 Cr. 116 (KMW)

Dear Judge Wood:

I was appointed on March 15, 2021, to assist Mr. Velazquez with a *pro se* motion he then intended to file for compassionate relief.  Mr. Velazquez believed at the time he faced a heightened risk of death from COVID-19 because of pre-existing medical.   Having spoken at length with Mr. Velazquez with a Spanish interpreter, I write to inform the Court on Mr. Velazquez's behalf that he does not wish to make this motion at this time and wishes to withdraw any pending motion for compassionate release without prejudice to his making any appropriate motions for post-conviction relief, including compassionate relief, in the future.

Since our last communication, Mr. Velazquez has been vaccinated three times for the COVID 19 virus, and in late 2022, he was diagnosed with and fully recovered from COVID-19.  Mr. Velazquez understands that he does not face the same heightened risk of death from COVID-19 that he might have been facing when he initially made his motion, and that his other health issues have not developed or significantly worsened from the time he was sentenced to his 188-month term of incarceration on March 5, 2020, to justify his early release at this time.

Mr. Velazquez also wishes to inform the Court that a letter from one, Sammy Velasquez, dated March 24, 2023  (ECF Doc. 385) is <u>not</u> a letter from Adalberto Velazquez and he has no idea why this letter should be on his docket.  Any motion deemed to be made  by Sammy Velasquez for Adalberto Velazquez should be withdrawn from the docket.

Respectfully submitted,

[signature]

SBT:ss                                           Scott B. Tulman
cc:  Adalberto Velazquez, #86622-054

**Defendant's request is granted without prejudice to any motions he may make in the future.**

**SO ORDERED.**

**New York, New York**
**Dated: August 21, 2023**        **/s/ Kimba M. Wood**
                                  **KIMBA M. WOOD**
                                  **United States District Judge**