```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 17, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

                19-CR-116 (KMW)

    v.

                **ORDER**

ADALBERTO VELAZQUEZ,

        Defendant.
---------------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

    Defendant Adalberto Velazquez has filed a *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 403.) The Government is ordered to respond to Defendant's motion by November 7, 2024. Defendant's reply, if any, is due December 19, 2024.

    SO ORDERED.

Dated: New York, New York
       October 17, 2024                       */s/ Kimba M. Wood*
                                           KIMBA M. WOOD
                                   United States District Judge