```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 17, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

          v.

ADALBERTO VELAZQUEZ,

          Defendant.
------------------------------------------------------------X

19-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    On September 26, 2024, Defendant Adalberto Velazquez filed a *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 403.)  This Court issued a Scheduling Order, ECF No. 404, ordering the Government to respond by November 7, 2024 and Defendant to reply by December 19, 2024.  The Government filed a letter in opposition on November 7, 2024.  (ECF No. 405.)

    It has come to the Court's attention that the Scheduling Order and the Government's opposition brief may not have been mailed to Mr. Velazquez.  The Clerk of Court is respectfully directed to mail a copy of this Order, along with ECF Nos. 403, 404, and 405, to Mr. Velazquez at FCI Fort Dix.  Mr. Velazquez's deadline to file a reply, if any, is extended to March 7, 2025.

    SO ORDERED.

Dated: New York, New York
      January 17, 2025

                                            */s/ Kimba M. Wood*
                                            KIMBA M. WOOD
                                        United States District Judge